1  John M. Vrieze, CSB #115397
   William F. Mitchell, CSB #159831
2  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586
   *Attorneys for Defendants*
6

7              UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10 JESSICA K., by and through her guardian  )   Case No.:  CV 13-05854 WHA (DMR)
   ad litem BRIANNA K.; ASHLEY W., by       )          (AS MODIFIED)
11 and through her guardian ad litem CLEO   )   [PROPOSED] ORDER GRANTING
   W.; ANTHONY J., by and through his       )   DEFENDANTS' REQEUST TO
12 guardian ad litem MAYA J.; and ALEXIS    )   WAIVE PERSONAL ATTENDANCE
   R., by and through her guardian ad litem )   REQUIREMENTS AS TO
13 ANNA R.,                                 )   DEFENDANTS FULLERTON,
                    Plaintiffs,             )   TAPLIN, DAVIS, BECK, JOHNSON,
14                                          )   ALEXANDER, SCOTT, PERRY
   vs.                                      )   AND GODDI
15                                          )
   EUREKA CITY SCHOOLS DISTRICT;            )
16 JOHN FULLERTON, FRAN TAPLIN,             )
   WENDY DAVIS, HENRY BECK,                 )
17 SUSAN JOHNSON, MEMBERS OF THE            )
   EUREKA CITY SCHOOLS DISTRICT             )
18 SCHOOL BOARD; FRED VAN VLECK,            )
   SUPERINTENDENT OF SCHOOLS FOR            )
19 EUREKA CITY SCHOOLS DISTRICT;            )
   LAURIE ALEXANDER, DIRECTOR OF            )
20 STUDENT WELFARE AND                      )
   ATTENDANCE; JAN SCHMIDT,                 )
21 PRINCIPAL, ZANE MIDDLE SCHOOL;           )
   DENNIS SCOTT, PRINCIPAL, ZANE            )
22 MIDDLE SCHOOL; RONALD PERRY,             )
   VICE PRINCIPAL, ZANE MIDDLE              )
23 SCHOOL; RICK JORDAN, PRINCIPAL,          )
   EUREKA HIGH SCHOOL; MARTIN               )
24 GODDI, VICE PRINCIPAL, EUREKA            )
   HIGH SCHOOL; and DOES 1 through          )
25 100, inclusive,                          )
                                            )
26                  Defendants.             )
   _____  )

                            0

[PROPOSED] ORDER GRANTING DEFENDANTS' REQEUST TO WAIVE PERSONAL ATTENDANCE
REQUIREMENTS AS TO DEFENDANTS FULLERTON, TAPLIN, DAVIS, BECK, JOHNSON,
ALEXANDER, SCOTT, PERRY AND GODDI

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1. The Court hereby GRANTS the request of defendants John Fullerton, Fran Taplin,
2. Wendy Davis, Henry Beck, Susan Johnson, Laurie Alexander, Dennis Scott, Ronald
3. Perry and Martin Goddi, to be excused from the Mandatory Personal Attendance
4. requirements indicated in the Settlement Conference Order, Docket No. 36.  If the Court
concludes that the absence of the above named Defendants is interfering with the settlement
5. conference, the Court may continue the settlement conference and may order personal attendance
by each party including the above named Defendants.
6. DATED: 2/7/14                    _____
7.                            MAGISTRATE JUDGE DONNA RYU

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

[PROPOSED] ORDER GRANTING DEFENDANTS' REQEUST TO WAIVE PERSONAL ATTENDANCE
REQUIREMENTS AS TO DEFENDANTS FULLERTON, TAPLIN, DAVIS, BECK, JOHNSON,
ALEXANDER, SCOTT, PERRY AND GODDI