**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA K., by and through her guardian ad litem BRIANNA K.; ASHLEY W., by and through her guardian ad litem CLEO W.; ANTHONY J., by and through his guardian ad litem MAYA J.; and ALEXIS R., by and through her guardian ad litem ANNA R., <br><br> Plaintiffs, <br><br> v. <br><br> EUREKA CITY SCHOOLS DISTRICT; JOHN FULLERTON, FRAN TAPLIN, WENDY DAVIS, HENRY BECK, SUSAN JOHNSON, Members of the Eureka City Schools District School Board; FRED VAN VLECK, Superintendent of Schools for Eureka City Schools District; LAURIE ALEXANDER, Director of Student Welfare and Attendance; JAN SCHMIDT, Principal, Zane Middle School; DENNIS SCOTT, Principal, Zane Middle School; RONALD PERRY, Vice Principal, Zane Middle School; RICK JORDAN, Principal, Eureka High School; MARTIN GODDI, Vice Principal, Eureka High School; and DOES 1 through 100, inclusive, <br><br> Defendants. | No. C 13-05854 WHA <br><br> **FRIENDLY REMINDER RE STAFFING** |

At both hearings so far, a number of lawyers have made an appearance on plaintiffs' side (but only one lawyer appeared on the defense side). The Court was glad to see so many esteemed counsel, but there really was no need for so many lawyers. The attorneys in this case are always welcome to attend if they wish, but please remember that if and when the time for attorney's fees comes, the petition should include only the time for those needed at the hearing (*i.e.*, usually one attorney). More would need to be specifically justified.

Dated: February 21, 2014. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2