United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA K., by and through her guardian ad litem BRIANNA K.; ASHLEY W., by and through her guardian ad litem CLEO W.; ANTHONY J., by and through his guardian ad litem MAYA J.; and ALEXIS R., by and through her guardian ad litem ANNA R.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EUREKA CITY SCHOOLS DISTRICT; JOHN FULLERTON, FRAN TAPLIN, WENDY DAVIS, HENRY BECK, SUSAN JOHNSON, Members of the Eureka City Schools District School Board; FRED VAN VLECK, Superintendent of Schools for Eureka City Schools District; LAURIE ALEXANDER, Director of Student Welfare and Attendance; JAN SCHMIDT, Principal, Zane Middle School; DENNIS SCOTT, Principal, Zane Middle School; RONALD PERRY, Vice Principal, Zane Middle School; RICK JORDAN, Principal, Eureka High School; MARTIN GODDI, Vice Principal, Eureka High School; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>                                              / | No. C 13-05854 WHA<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT AND VACATING HEARING** |

1   Pursuant to the stipulation to dismiss certain claims without prejudice and to file an
2   amended complaint (Dkt. No. 54), the parties further agree to take defendants' motion to dismiss
3   off of the April 3 calendar.  Accordingly, that motion is **DENIED AS MOOT**.  The hearing
4   previously set for April 3 is **VACATED**.  This is without prejudice to defendants bringing another
5   motion to dismiss the amended complaint, should they choose to do so.

   **IT IS SO ORDERED.**

   Dated: March 11, 2014.

   _____
   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE