**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA K., by and through her guardian ad litem BRIANNA K.; ASHLEY W., by and through her guardian ad litem CLEO W.; ANTHONY J., by and through his guardian ad litem MAYA J.; and ALEXIS R., by and through her guardian ad litem ANNA R., <br><br> Plaintiffs, <br><br> v. <br><br> EUREKA CITY SCHOOLS DISTRICT; JOHN FULLERTON, FRAN TAPLIN, WENDY DAVIS, HENRY BECK, SUSAN JOHNSON, Members of the Eureka City Schools District School Board; FRED VAN VLECK, Superintendent of Schools for Eureka City Schools District; LAURIE ALEXANDER, Director of Student Welfare and Attendance; JAN SCHMIDT, Principal, Zane Middle School; DENNIS SCOTT, Principal, Zane Middle School; RONALD PERRY, Vice Principal, Zane Middle School; RICK JORDAN, Principal, Eureka High School; MARTIN GODDI, Vice Principal, Eureka High School; and DOES 1 through 100, inclusive, <br><br> Defendants. | No. C 13-05854 WHA <br><br> **NOTICE RE DATES AND DEADLINES** |

According to the settlement conference minute order from Magistrate Judge Donna M. Ryu, the above-captioned case has been "resolved, subject to board approvals" (Dkt. No. 75). Nonetheless, until a proper dismissal has been filed under Federal Rule of Civil Procedure 41, the parties should be aware that all deadlines and dates in this matter remain in place. This includes the February 18 pretrial conference date as well as the March 2 trial date.

Dated: November 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE