ELIZABETH O. GILL (CA. STATE BAR NO. 218311)
LINNEA L. NELSON (CA. STATE BAR NO. 278960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
Telephone:     415-621-2493
Facsimile:      415-255-1478
Email: egill@aclunc.org

MICHAEL HARRIS (CA STATE BAR NO. 118234)
NATIONAL CENTER FOR YOUTH LAW
405 14th Street, Floor 15
Oakland, CA 94612
Telephone:     510-835-8098
Facsimile:      510-835-8099
Email: mharris@youthlaw.org

Attorneys for Plaintiffs

[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA K., by and through her guardian ad litem BRIANNA K.; ASHLEY W., by and through her guardian ad litem CLEO W.; ANTHONY J., by and through his guardian ad litem MAYA J.; and ALEXIS R., by and through her guardian ad litem ANNA R.;<br><br>Plaintiffs,<br><br>v.<br><br>EUREKA CITY SCHOOLS DISTRICT; JOHN FULLERTON, FRAN TAPLIN, WENDY DAVIS, HENRY BECK, SUSAN JOHNSON, MEMBERS OF THE EUREKA CITY SCHOOLS DISTRICT SCHOOL BOARD; FRED VAN VLECK, SUPERINTENDENT OF SCHOOLS FOR EUREKA CITY SCHOOLS DISTRICT; LAURIE ALEXANDER, DIRECTOR OF STUDENT WELFARE AND ATTENDANCE; JAN SCHMIDT, PRINCIPAL, ZANE MIDDLE SCHOOL; DENNIS SCOTT, PRINCIPAL, ZANE MIDDLE SCHOOL; RONALD PERRY, VICE PRINCIPAL, ZANE MIDDLE SCHOOL; RICK JORDAN, PRINCIPAL, EUREKA HIGH SCHOOL; MARTIN GODDI, VICE PRINCIPAL, EUREKA HIGH SCHOOL; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 13-CV-05854-WHA<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE UNREDACTED DECLARATION OF PLAINTIFF S.P. IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF MINORS' COMPROMISE** |

JOSÉ R. ALLEN (CA. STATE BAR NO. 122742)
CARRIE LEROY (CA. STATE BAR NO. 209706)
PRO BONO COUNSEL
525 University Avenue, Suite 1400
Palo Alto, California  94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email: jrallen@probonolaw.com

Attorneys for Plaintiffs

1 WHEREFORE, the Court, having considered Plaintiffs' Motion for Administrative Relief to File Under Seal Unredacted Declaration of Plaintiff S.P. In Support of Plaintiffs' Motion for Approval of Minors' Compromise, the Declaration of Linnea Nelson in Support of the Administrative Motion to File Under Seal, and pursuant to Federal Rule of Civil Procedure 5.2 and this Court's February 21, 2014 Order directing that minor Plaintiffs in this litigation use their initials in documents filed with Court,

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Administrative Relief to File Under Seal Unredacted Declaration of Plaintiff S.P. in Support of Plaintiffs' Motion for Approval of Minors' Compromise is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: December 19, 2014. , 2014

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE