1 | ELIZABETH O. GILL (CA. STATE BAR NO. 218311)
LINNEA L. NELSON (CA. STATE BAR NO. 278960)
2 | LORI E. RIFKIN (CA. STATE BAR NO. 244081)
AMERICAN CIVIL LIBERTIES UNION
3 | FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
4 | San Francisco, CA 94111
Telephone: 415-621-2493
5 | Facsimile: 415-255-1478
Email: egill@aclunc.org

6 |
MICHAEL HARRIS (CA. STATE BAR NO. 118234)
7 | NATIONAL CENTER FOR YOUTH LAW
405 14th Street, Floor 15
8 | Oakland, CA 94612
Telephone: 510-835-8098
9 | Facsimile: 510-835-8099
Email: mharris@youthlaw.org
10
Attorneys for Plaintiffs
11
[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JESSICA K., by and through her guardian ad litem BRIANNA K.; ASHLEY W., by and through her guardian ad litem CLEO W.; ANTHONY J., by and through his guardian ad litem MAYA J.; and ALEXIS R., by and through her guardian ad litem ANNA R.;<br><br>Plaintiffs,<br><br>v.<br><br>EUREKA CITY SCHOOLS DISTRICT; JOHN FULLERTON, FRAN TAPLIN, WENDY DAVIS, HENRY BECK, SUSAN JOHNSON, MEMBERS OF THE EUREKA CITY SCHOOLS DISTRICT SCHOOL BOARD; FRED VAN VLECK, SUPERINTENDENT OF SCHOOLS FOR EUREKA CITY SCHOOLS DISTRICT; LAURIE ALEXANDER, DIRECTOR OF STUDENT WELFARE AND ATTENDANCE; JAN SCHMIDT, PRINCIPAL, ZANE MIDDLE SCHOOL; DENNIS SCOTT, PRINCIPAL, ZANE MIDDLE SCHOOL; RONALD PERRY, VICE PRINCIPAL, ZANE MIDDLE SCHOOL; RICK JORDAN, PRINCIPAL, EUREKA HIGH SCHOOL; MARTIN GODDI, VICE PRINCIPAL, EUREKA HIGH SCHOOL; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 13-CV-05854-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF MINORS' COMPROMISE AND APPROVING MINORS' SETTLEMENT FUND ACCOUNTS**<br><br>**Judge:** Hon. William Alsup<br>**Date:**<br>**Time:**<br>**Courtroom:** |

1  JOSÉ R. ALLEN (CA. STATE BAR NO. 122742)
   CARRIE LEROY (CA. STATE BAR NO. 209706)
2  PRO BONO COUNSEL
   525 University Avenue, Suite 1400
3  Palo Alto, California  94301
   Telephone: (650) 470-4500
4  Facsimile:  (650) 470-4570
   Email: jrallen@probonolaw.com
5
   Attorneys for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    This Court has reviewed and considered Plaintiffs' Motion for Approval of Minors' Compromise and the materials submitted in support of Plaintiffs' Motion.

The Court finds that the proposed settlement, comprised of injunctive relief to remedy the alleged harms resulting from Defendants' policies and practices as described in Exhibit A to the Declaration of Michael Harris in support of Plaintiffs' Motion for Approval of Minors' Compromise, $27,500 in damages to each of the Minor Plaintiffs to compensate them for their injuries, and $2,000 to two of the Minor Plaintiffs to reimburse them for tutoring expenses, is an appropriate, fair, and reasonable settlement and compromise of the Minor Plaintiffs' claims in this action, and serves their best interests.  The Court finds the proposed settlement of $600,000 for Plaintiffs' attorneys' fees and costs to be fair and reasonable.  The Court further finds that the allocation of the Minor Plaintiffs' settlement shares set forth in paragraph 21 of Plaintiffs' Motion to be fair, reasonable, and in the Minor Plaintiffs' best interests, and approves them accordingly. The Court hereby enters orders authorizing the opening OF blocked accounts for S.P., A.B., and T.G., and a structured settlement annuity fund for Z.L., and orders funds be deposited in those accounts as set forth in paragraph 21 of Plaintiffs' Motion. Until Minor Plaintiffs reach the age of majority, the funds in these accounts are restricted and may not be used for general maintenance obligations including food, shelter, and clothing.  Plaintiffs S.P., A.B., and T.G. are authorized to exercise control of their blocked accounts upon reaching age eighteen (18) without further order of this Court.

For the foregoing reasons, Plaintiffs' Motion for Approval of Minors' Compromise is hereby GRANTED.

**IT IS SO ORDERED.**


DATED:   December 19, 2014.

_____
William Alsup
United States District Judge

1