IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSICA K., by and through her guardian ad litem BRIANNA K.; ASHLEY W., by and through her guardian ad litem CLEO W.; ANTHONY J., by and through his guardian ad litem MAYA J.; and ALEXIS R., by and through her guardian ad litem ANNA R.,

    Plaintiffs,

v.

EUREKA CITY SCHOOLS DISTRICT; JOHN FULLERTON, FRAN TAPLIN, WENDY DAVIS, HENRY BECK, SUSAN JOHNSON, Members of the Eureka City Schools District School Board; FRED VAN VLECK, Superintendent of Schools for Eureka City Schools District; LAURIE ALEXANDER, Director of Student Welfare and Attendance; JAN SCHMIDT, Principal, Zane Middle School; DENNIS SCOTT, Principal, Zane Middle School; RONALD PERRY, Vice Principal, Zane Middle School; RICK JORDAN, Principal, Eureka High School; MARTIN GODDI, Vice Principal, Eureka High School; and DOES 1 through 100, inclusive,

    Defendants.

No. C 13-05854 WHA

**REQUEST FOR STIPULATED DISMISSAL**

The parties' motion for settlement and approval of minors' compromise was granted on December 19, 2014 (Dkt. No. 81). The parties shall file a stipulation dismissing the case by **JANUARY 30, 2015**, and the file will be closed.

Dated: January 20, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE