1  ELIZABETH O. GILL (CA STATE BAR NO. 218311)
   LINNEA L. NELSON (CA STATE BAR NO. 278960)
2  LORI E. RIFKIN (CA STATE BAR NO. 244081)
   AMERICAN CIVIL LIBERTIES UNION
3  FOUNDATION OF NORTHERN CALIFORNIA, INC.
   39 Drumm Street
4  San Francisco, CA  94111
   Telephone:     415-621-2493
5  Facsimile:     415-255-1478
   Email: egill@aclunc.org
6
   MICHAEL HARRIS (CA STATE BAR NO. 118234)
7  NATIONAL CENTER FOR YOUTH LAW
   405 14th Street, Floor 15
8  Oakland, CA  94612
   Telephone:     510-835-8098
9  Facsimile:     510-835-8099
   Email: mharris@youthlaw.org
10
   Attorneys for Plaintiffs
11
   [ADDITIONAL COUNSEL ON FOLLOWING PAGE]
12
                    UNITED STATES DISTRICT COURT
13
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                           SAN FRANCISCO DIVISION
15

| | |
|---|---|
| JESSICA K., by and through her guardian ad litem BRIANNA K.; ASHLEY W., by and through her guardian ad litem CLEO W.; ANTHONY J., by and through his guardian ad litem MAYA J.; and ALEXIS R., by and through her guardian ad litem ANNA R., <br><br> Plaintiffs, <br><br> v. <br><br> EUREKA CITY SCHOOLS DISTRICT; JOHN FULLERTON, FRAN TAPLIN, WENDY DAVIS, HENRY BECK, SUSAN JOHNSON, MEMBERS OF THE EUREKA CITY SCHOOLS DISTRICT SCHOOL BOARD; FRED VAN VLECK, SUPERINTENDENT OF SCHOOLS FOR EUREKA CITY SCHOOLS DISTRICT; LAURIE ALEXANDER, DIRECTOR OF STUDENT WELFARE AND ATTENDANCE; JAN SCHMIDT, PRINCIPAL, ZANE MIDDLE SCHOOL; DENNIS SCOTT, PRINCIPAL, ZANE MIDDLE SCHOOL; RONALD PERRY, VICE PRINCIPAL, ZANE MIDDLE SCHOOL; RICK JORDAN, PRINCIPAL, EUREKA HIGH SCHOOL; MARTIN GODDI, VICE PRINCIPAL, EUREKA HIGH SCHOOL; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 13-CV-05854-WHA <br><br> [~~PROPOSED~~] ORDER APPOINTING ALIA DUNPHY ET AL. AS GUARDIANS AD LITEM FOR MINOR PLAINTIFFS <br><br> **Judge:** Hon. William Alsup <br> **Date:** <br> **Time:** <br> **Courtroom:** |

---
[~~PROPOSED~~] ORDER APPOINTING ALIA DUNPHY ET AL. AS GUARDIANS AD LITEM FOR MINOR PLAINTIFFS

1  WHEREFORE, the Court, having previously recognized Alia Dunphy as GAL for Minor

2 Plaintiff A.B., Carolyn Thomas as GAL for Minor Plaintiff S.P., Elizabeth Larsen as GAL for

3 Minor Plaintiff Z.L., and Tracy Green-Mahoney as GAL for Minor Plaintiff T.G.,

4  IT IS THEREFORE ORDERED, that this Court acknowledges formal appointment of Alia

5 Dunphy as GAL for Minor Plaintiff A.B., Carolyn Thomas as GAL for Minor Plaintiff S.P.,

6 Elizabeth Larsen as GAL for Minor Plaintiff Z.L., and Tracy Green-Mahoney as GAL for Minor

7 Plaintiff T.G. in this case, for all purposes including litigation and supervision of the funds

8 distributed through the Minors' Compromise approved by this Court in its December 19, 2014

9 Order Approving Settlement.

10  **IT IS SO ORDERED.**

12  Dated:  January 26, 2015.

14  _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE