Elizabeth O. Gill (Ca. State Bar No. 218311)
Linnea L. Nelson (Ca. State Bar No. 278960)
Lori E. Rifkin (Ca. State Bar No. 244081)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
Telephone: 415-621-2493
Facsimile: 415-255-1478
Email: egill@aclunc.org

Michael Harris (Ca State Bar No. 118234)
NATIONAL CENTER FOR YOUTH LAW
405 14th Street, Floor 15
Oakland, CA 94612
Telephone:    510-835-8098
Facsimile:    510-835-8099
Email: mharris@youthlaw.org
Attorneys for Plaintiffs
[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JESSICA K., by and through her guardian ad litem BRIANNA K.; ASHLEY W., by and through her guardian ad litem CLEO W.; ANTHONY J., by and through his guardian ad litem MAYA J.; and ALEXIS R., by and through her guardian ad litem ANNA R.;<br><br>Plaintiffs,<br><br>v.<br><br>EUREKA CITY SCHOOLS DISTRICT; JOHN FULLERTON, FRAN TAPLIN, WENDY DAVIS, HENRY BECK, SUSAN JOHNSON, MEMBERS OF THE EUREKA CITY SCHOOLS DISTRICT SCHOOL BOARD; FRED VAN VLECK, SUPERINTENDENT OF SCHOOLS FOR EUREKA CITY SCHOOLS DISTRICT; LAURIE ALEXANDER, DIRECTOR OF STUDENT WELFARE AND ATTENDANCE; JAN SCHMIDT, PRINCIPAL, ZANE MIDDLE SCHOOL; DENNIS SCOTT, PRINCIPAL, ZANE MIDDLE SCHOOL; RONALD PERRY, VICE PRINCIPAL, ZANE MIDDLE SCHOOL; RICK JORDAN, PRINCIPAL, EUREKA HIGH SCHOOL; MARTIN GODDI, VICE PRINCIPAL, EUREKA HIGH SCHOOL; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 13-CV-05854-WHA<br><br>**[PROPOSED] STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

1  José R. Allen (Ca. State Bar No. 122742)
   Carrie Leroy (Ca. State Bar No. 209706)
2  PRO BONO COUNSEL
   525 University Avenue, Suite 1400
3  Palo Alto, California  94301
   Telephone: (650) 470-4500
4  Facsimile:  (650) 470-4570
   Email: jrallen@probonolaw.com
5
   Attorneys for Plaintiffs
6
   John M. Vrieze, (Ca. State Bar No. 115397)
7  William F. Mitchell, (Ca. State Bar No. 159831)
   MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
8  814 Seventh Street
   P. O. Drawer 1008
9  Eureka, CA  95502
   Tel:  (707) 443-5643
10 Fax: (707) 444-9586

11 Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS STIPULATED by and between plaintiffs **A.B.**, by and through her guardian ad litem **Alia Dunphy**, plaintiff **Z.L.**, by and through her guardian ad litem **Elizabeth Larsen**, plaintiff **S.P.**, by and through his guardian ad litem **Carolyn Thomas**, and plaintiff **T.G.**, by and through her guardian ad litem **Tracy Green-Mahoney**, by and through their attorneys, the American Civil Liberties Union, the National Center for Youth Law and Pro Bono Counsel, and defendants **Eureka City Schools District, John Fullerton, Fran Taplin, Wendy Davis, Henry Beck, Susan Johnson, Fred Van Vleck, Laurie Alexander, Jan Schmidt, Dennis Scott, Ronald Perry, Rick Jordan** and **Martin Goddi**, by and through the Law Offices of Mitchell, Brisso, Delaney & Vrieze, LLP, subject to approval of the Court, as follows:

1) All claims presented by the Complaint and Amended Complaint of the plaintiffs identified above shall be dismissed with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, except that the court shall retain jurisdiction over defendant Eureka City Schools District and Releasors until July 1, 2019, for the sole purpose of addressing any issues of Compliance and Dispute Resolution of the Agreement discussed in Term 1 of the Terms of Release and Settlement, with any issues of compliance and dispute resolution to be resolved by the Magistrate Judge for the Eureka Division, currently Magistrate Judge Nandor Vadas;

2) All parties shall bear their own costs and attorneys' fees, except as otherwise agreed in the Release and Settlement Agreement.

DATED: January 29, 2015    AMERICAN CIVIL LIBERTIES UNION

By: */s/ Elizabeth O. Gill*
Elizabeth O. Gill
Linnea L. Nelson
Attorneys for Plaintiffs

DATED: January 29, 2015    NATIONAL CENTER FOR YOUTH LAW

By: */s/ Michael Harris*
Michael Harris
Attorney for Plaintiffs

1 | DATED:  January 29, 2015           PRO BONO COUNSEL

2
3 |                                            By:  /s/ José R. Allen
                                                 José R. Allen
4 |                                              Carrie Leroy
                                                 Attorneys for Plaintiffs
5
6 | DATED:  January 29, 2015           MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

7 |                                            By:  /s/ John M. Vrieze
                                                 John M. Vrieze
8 |                                              William F. Mitchell
                                                 Attorneys for Defendants
9
10
11                              ***********************************
12
13 | **IT IS SO ORDERED.**
14
15 | DATED:  _____           _____
                                                 Honorable Judge William Alsup
16