1  ELIZABETH O. GILL (CA. STATE BAR NO. 218311)
   LINNEA L. NELSON (CA. STATE BAR NO. 278960)
2  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA, INC.
3  39 Drumm Street
   San Francisco, CA  94111
4  Telephone:     415-621-2493
   Facsimile:      415-255-1478
5  Email: egill@aclunc.org

6  MICHAEL HARRIS (CA STATE BAR NO. 118234)
   NATIONAL CENTER FOR YOUTH LAW
7  405 14th Street, Floor 15
   Oakland, CA 94612
8  Telephone:     510-835-8098
   Facsimile:      510-835-8099
9  Email: mharris@youthlaw.org

10  Attorneys for Plaintiffs

11  [ADDITIONAL COUNSEL ON FOLLOWING PAGE]

12                UNITED STATES DISTRICT COURT

13         FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  JESSICA K., by and through her guardian ad litem BRIANNA K.; ASHLEY W., by and through her guardian ad litem CLEO W.; ANTHONY J., by and through his guardian ad litem MAYA J.; and ALEXIS R., by and through her guardian ad litem ANNA R.;<br><br>18                Plaintiffs,<br><br>19                   v.<br><br>20  EUREKA CITY SCHOOLS DISTRICT; JOHN FULLERTON, FRAN TAPLIN, WENDY DAVIS, HENRY BECK, SUSAN JOHNSON, MEMBERS OF THE EUREKA CITY SCHOOLS DISTRICT SCHOOL BOARD; FRED VAN VLECK, SUPERINTENDENT OF SCHOOLS FOR EUREKA CITY SCHOOLS DISTRICT; LAURIE ALEXANDER, DIRECTOR OF STUDENT WELFARE AND ATTENDANCE; JAN SCHMIDT, PRINCIPAL, ZANE MIDDLE SCHOOL; DENNIS SCOTT, PRINCIPAL, ZANE MIDDLE SCHOOL; RONALD PERRY, VICE PRINCIPAL, ZANE MIDDLE SCHOOL; RICK JORDAN, PRINCIPAL, EUREKA HIGH SCHOOL; MARTIN GODDI, VICE PRINCIPAL, EUREKA HIGH SCHOOL; and DOES 1 through 100, inclusive,<br><br>                  Defendants. | Case No.: 13-CV-05854-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF PARTIAL WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT**<br><br>**Judge:** Hon. William Alsup<br>**Date:**<br>**Time:**<br>**Courtroom:** |

JOSÉ R. ALLEN (CA. STATE BAR NO. 122742)
CARRIE LEROY (CA. STATE BAR NO. 209706)
PRO BONO COUNSEL
525 University Avenue, Suite 1400
Palo Alto, California  94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email: jrallen@probonolaw.com

Attorneys for Plaintiffs

1   This Court has reviewed and considered Plaintiffs' Motion for Approval of Partial

2   Withdrawal of Funds from Blocked Account and the materials submitted in support of Plaintiff's

3   Motion.

4   The Court finds the proposed request for authorization for Carolyn Thomas to withdraw

5   $1,500.00 from the blocked account created by the Minor's Compromise for S.P. at Coast Central

6   Credit Union, Eureka, CA, is reasonable.

7   For the foregoing reasons, Plaintiffs' Motion for Approval for Partial Withdrawal of Funds

8   from Blocked Account is hereby GRANTED.

9   **IT IS SO ORDERED.**

10

11  DATED: February 16, 2016.

12  _____

13  William Alsup
    United States District Judge